LAW OFFICE OF ERIC HONIG
Eric Honig - Bar No. 140765
Attorney at Law
P.O. Box 10327
Marina del Rey, CA 90295
Telephone (310) 314-2603
Facsimile (310) 314-2793

Attorney for Claimant
Sharlene Gibbs

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. CV 08-4518-ABC (JCx) |
|                                     ) | |
| Plaintiff,        ) | |
|                                     ) | |
| v.                           ) | |
|                                     ) | **JUDGMENT** |
| $17,700.00 IN U.S. CURRENCY,        ) | |
|                                     ) | |
| Defendant.        ) | |
| _____ ) | |
| SHARLENE GIBBS,                     ) | |
|                                     ) | |
| Claimant.         ) | |
| _____ ) | |

Upon consideration of the motion of Claimant Sharlene Gibbs for summary judgment, the arguments and evidence presented by the parties in connection with the motion, and the pleadings and other papers on file herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claimant's motion is hereby GRANTED; and Judgment is granted for the claimant.

IT IS FURTHER ORDERED that the plaintiff United States of America shall return the defendant currency, plus accrued interest, forthwith to the claimant Sharlene Gibbs through her attorney Eric Honig, P.O. Box 10327, Marina del Rey, CA 90295;

///

///

1     IT IS FURTHER ORDERED that any check(s) returning the defendant currency
2 and interest shall be made payable to the Law Office of Eric Honig Attorney Client Trust
3 Account.  This action is dismissed.

4

5 DATED:  November 6, 2008     *Audrey B. Collins*
                                     UNITED STATES DISTRICT JUDGE

6

7

8
Presented by:
9
LAW OFFICE OF ERIC HONIG
10

11 /s/

12 _____
ERIC HONIG
13 Attorney for Claimant Sharlene Gibbs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                     2